ORIGINAL                                                                                                          ORIGINAL

Robert J. Beles Bar No. 41993
Paul McCarthy Bar No. 139497
1 Kaiser Plaza, Suite 2300
Oakland, California 94612-3616
Tel. No. (510) 836-0100
Fax No. (510) 832-3690
Attorney for Defendant ADAN MARTINEZ

# United States District Court
## Eastern District of California
### Fresno Division

| UNITED STATES OF AMERICA, | No. **04-05185-OWW** |
|---|---|
| Plaintiff, | ORDER GRANTING LEAVE TO FILE MOTIONS ONE DAY PAST DEADLINE |
| vs. | |
| RAUL MERCADO MORENO, et al. | (Local Rule 6-144) |
| Defendants. | *Excludable Time: 18 U.S.C. 3161(h)(1)(F) & (J) through disposition* |

PROPOSED ORDER GRANTING LEAVE
TO FILE MOTIONS ONE DAY PAST DEADLINE

Good cause appearing, defendant Aden Martinez is hereby granted leave to file various motions and papers one day past the Monday, July 25, 2005 deadline. Those documents filed on Tuesday, July 26, 2005 are approved for filing.

Dated: Fresno, California, _____August 2, 2005_____

/s/ OLIVER W. WANGER

_____
Oliver W. Wanger
United States District Judge

1
Proposed Order Granting Leave to File Motions One Day Past Deadline