Robert J. Beles Bar No. 41,993
Paul McCarthy Bar No. 139497
1 Kaiser Plaza, Suite 2300
Oakland, California 94612-3616
Tel. No. (510) 836-0100
Fax No. (510) 832-3690
Attorney for *Defendant* ADAN MARTINEZ

**LODGED**
NOV - 3 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

FILED
'005 NOV -4 P 3: 26
CRK. US DIST. COURT
           CALIF

# United States District Court
## Eastern District of California
### Fresno Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br>vs.<br><br>RAUL MERCADO MORENO, *et al.*<br><br>　　　　*Defendants.* | No. **04-05185-OWW**<br><br>STIPULATION TO CONTINUE NOVEMBER 7, 2005 CHANGE OF PLEA HEARING TO NOVEMBER 21, 2005; ORDER<br><br>*Excludable Time:* 18 U.S.C. 3161(h)(1)(F) & (J) *through disposition* |

### STIPULATION TO CONTINUE NOVEMBER 7, 2005 CHANGE OF PLEA HEARING TO NOVEMBER 21, 2005

It is hereby stipulated, by and between Kathleen Servatius, attorney for United States of America, and Robert J. Beles, attorney for defendant Adan Martinez, that defendant's change of plea hearing, presently set for November 7, 2005 at 1:30 pm in courtroom 2 may be continued to November 21, 2005 at 1:30 pm in courtroom 2, and that time may be excluded pursuant to the Speedy Trial Act.

_November 3, 2005_
(date)

_[signature]_
Kathleen Servatius
Assistant United States Attorney

Wednesday, November 2, 2005
(date)

_[signature]_
Robert J. Beles
Attorney for *Defendant* ADAN MARTINEZ

1
Stipulation to Continue November 7, 2005 Change of Plea Hearing to November 21, 2005; Order

United States District Court
Eastern District of California
Fresno Division

| UNITED STATES OF AMERICA, | No. **04-05185-OWW** |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE NOVEMBER 7, 2005 CHANGE OF PLEA HEARING TO NOVEMBER 21, 2005; ORDER |
| vs. | |
| RAUL MERCADO MORENO, et al. | |
| Defendants. | Excludable Time: 18 U.S.C. 3161(h)(1)(F) & (J) through disposition. |

## ORDER

Good cause appearing, defendant Adan Martinez' plea hearing, presently set for November 7, 2005 at 1:30 pm in courtroom 2 is hereby continued to November 21, 2005 at 1:30 pm in courtroom 2, and that time is excluded pursuant to the Speedy Trial Act.

Dated: Fresno, California, _11-4-05_

_Oliver W. Wanger_
Oliver W. Wanger
United States District Judge