HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RAUL MERCADO MORENO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUL MERCADO MORENO,<br><br>Defendant. | No.  1:04-cr-05185-AWI-1<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE**<br><br>Date:  September 8, 2015<br>Time:  10:00 a.m.<br>Judge:  Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Kathleen Servatius, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Hannah R. Labaree, attorney for Raul Mercado Moreno hereby stipulate and agree that the briefing schedule be set as follows:

Opposition due:  August 26, 2015

Reply due:  September 1, 2015

The motion is set for September 8, 2015 at 10:00 a.m.

/ / /

/ / /

/ / /

1

Dated: August 7, 2015

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender
Attorney for Movant
RAUL MERCADO MORENO

DATED: August 7, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
Attorney for Plaintiff

# **ORDER**

The Court orders that the proposed briefing schedule is adopted.

IT IS SO ORDERED.

Dated:   August 7, 2015

_____
SENIOR DISTRICT JUDGE