```
BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>RAUL MERCADO MORENO,<br><br>         Defendant. | ) CASE NO.: 1:04-CR-05185-AWI<br>)<br>) STIPULATION AND ORDER TO CONTINUE<br>) HEARING ON MOTION TO REDUCE<br>) SENTENCE 3582(C)(2)<br>)<br>) DATE:    September 8, 2015<br>) TIME:    10:00 a.m.<br>)<br>)<br>) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kathleen A. Servatius, Counsel for Plaintiff, Hannah Labaree, counsel for Raul Mercado Moreno, agree that the Motion to Reduce Sentence Hearing currently set for Monday, September 8, 2015 at 10:00 a.m. **may be continued to Monday, October 5, 2015, at 10:00 a.m. before United States District Judge Anthony W. Ishii.** The reason for the continuance is that Kathleen Servatius has requested case documents from archives and they have not arrived.

The parties further agree that time may excluded pursuant to Title 18, United States Code, Sections 3161(h)(1)D) and 3161(7)(B)(iv).

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated: September 3, 2015            /s/Kathleen A. Servatius
                                    KATHLEEN A. SERVATIUS
                                    Assistant U.S. Attorney


Dated: September 3, 2015            /s/Hannah Labaree
                                    HANNAH LABAREE
                                    Attorney for Enrique Rodriguez
```

## ORDER

The Motion to Reduce Sentence Hearing currently set for Monday, September 8, 2015, **is CONTINUED to Monday, October 5 2015, at 10:00 a.m.**

IT IS SO ORDERED.

Dated:   September 3, 2015                    _____
                                              SENIOR DISTRICT JUDGE