1  BENJAMIN B. WAGNER
   United States Attorney
2  Kathleen A. Servatius
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  1:04-CR-05185-AWI

12                    Plaintiff,        STIPLATION AND ORDER TO CONTINUE
                                        HEARING ON DEFENDANT'S MOTION TO
13         v.                           REDUCE SENTENCE

14  RAUL MERCADO MORENO,               DATE: October 19, 2015
                                        TIME: 10:00 a.m.
15                    Defendant.        COURT: Hon. Anthony W. Ishii

16

17         The United States of America, by and through BENJAMIN B. WAGNER, United States

18  Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant Raul

19  Mercado Moreno, by and through his attorney of record, Assistant Federal Defender Hannah Labaree,

20  hereby stipulate to continue the hearing on the defendant's motion from October 5, 2015 until October

21  19, 2015 at 10:00 a.m.  The defendant intends to file a reply to the government's opposition.

22  Dated:  October 1, 2015              BENJAMIN B. WAGNER
                                         United States Attorney
23

24                                 By:  /s/ Kathleen A. Servatius
                                        Kathleen A. Servatius
25                                      Assistant United States Attorney

26

27  Dated:  October 1 , 2015            /s/ Hannah Labaree
                                        Hannah Labaree, Assistant Federal Public Defender
28                                      Attorney for Defendant

The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant Raul Mercado Moreno, by and through his attorney of record, Assistant Federal Defender HANNAH LABAREE, having agreed to continue the hearing on the defendant's motion from October 5, 2015 until October 19, 2015 at 10:00 a.m.;

IT IS SO ORDERED.

Dated:   October 1, 2015          _____

                                    SENIOR  DISTRICT  JUDGE