# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>RAUL MERCADO-MORENO,<br><br>　　　　Defendant | CASE NO. 1:04-CR-5185 AWI-1<br><br>**ORDER FOR THE UNITED STATES TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR INTERIM RELEASE** |

On June 7, 2019, Defendant filed a motion for interim release based on newly calculated good times credit pursuant to § 3624(b) of the First Step Act. After review, the Court finds that it is appropriate for the United States to file a response to Defendant's motion.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. As soon as possible, but no later than fourteen (14) days from service of this order, the United States shall file a response to Defendant's motion for interim release;
2. As soon as possible, but no later than seven (7) days from service of the United States' response, Defendant shall fil a reply; and
3. If, after receiving the additional briefing, the Court determines that a hearing on Defendant's motion is necessary, the Court will set a hearing date at that time, otherwise, the Court will decide the matter on the papers.

IT IS SO ORDERED.

Dated: June 10, 2019 　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

---

[1] Prior to the filing of any response, the Court encourages counsel for the parties to meet and confer regarding Defendant's motion.